IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CARDELL TOLIVER, IN HIS
REPRESENTATIVE CAPACITY,
ON BEHALF OF ALL WRONGFUL
DEATH BENEFICIARIES OF
CORNELIUS TOLIVER                                                                PLAINTIFF

VERSUS                                             CIVIL ACTION NO. 4:03CV11-P-B

NATIONAL HERITAGE REALTY, INC.,
D/B/A GREENWOOD HEALTH AND
REHABILITATION CENTER; AND JOHN
AND JANE DOES 1-10                                                               DEFENDANTS

## ORDER

This cause is before the Court on the defendant's Motion to Make Multi-Media and/or Electronic Presentations at Trial [164]. The Court, having reviewed the motion, the response and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted. Both parties will be permitted the privilege of using electronic presentation formats to aid in the presentation of evidence at the March 6, 2006 trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion to Make Multi-Media and/or Electronic Presentations at Trial [164] is well-taken and should be, and hereby is, GRANTED.

SO ORDERED, this the 28th day of February, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE