IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CARDELL TOLIVER, IN HIS
REPRESENTATIVE CAPACITY,
ON BEHALF OF ALL WRONGFUL
DEATH BENEFICIARIES OF
CORNELIUS TOLIVER                                                           PLAINTIFF

VERSUS                                                      CIVIL ACTION NO. 4:03CV11-P-B

NATIONAL HERITAGE REALTY, INC.,
D/B/A GREENWOOD HEALTH AND
REHABILITATION CENTER; AND JOHN
AND JANE DOES 1-10                                                        DEFENDANTS

**ORDER**

This cause is before the Court on the defendant's Motion in Limine Relative to Voir Dire [166]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

Defendant requests entry of an order requiring plaintiff's counsel to reveal the identity of individuals on the jury venire who fall into six subcategories and that such individuals either be excluded from the jury panel for cause or subjected to individual voir dire under sequestration. The defendant has failed to demonstrate adequate cause for deviation from this Court's usual voir dire procedure. Defendant's motion is not well-taken and should be denied.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion in Limine Relative to Voir Dire [166] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 28th day of February, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE