IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CARDELL TOLIVER, IN HIS
REPRESENTATIVE CAPACITY,
ON BEHALF OF ALL WRONGFUL
DEATH BENEFICIARIES OF
CORNELIUS TOLIVER                                                                                     PLAINTIFF

VERSUS                                                          CIVIL ACTION NO. 4:03CV11-P-B

NATIONAL HERITAGE REALTY, INC.,
D/B/A GREENWOOD HEALTH AND
REHABILITATION CENTER; AND JOHN
AND JANE DOES 1-10                                                                                DEFENDANTS

**ORDER**

This cause is before the Court on the defendant's Motion to Exclude Plaintiff's Supplemental Designation of Experts [211]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied for the reasons articulated in the plaintiff's response to the instant motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion to Exclude Plaintiff's Supplemental Designation of Experts [211] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 28th day of February, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE