IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CARDELL TOLIVER, IN HIS
REPRESENTATIVE CAPACITY,
ON BEHALF OF ALL WRONGFUL
DEATH BENEFICIARIES OF
CORNELIUS TOLIVER                                                                PLAINTIFF

VERSUS                                                      CIVIL ACTION NO. 4:03CV11-P-B

NATIONAL HERITAGE REALTY, INC.,
D/B/A GREENWOOD HEALTH AND
REHABILITATION CENTER; AND JOHN
AND JANE DOES 1-10                                                              DEFENDANTS

## ORDER

This cause is before the Court on the defendant's Motion to Quash Subpoena and for Protective Order [220]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted, subject to Dr. Payne making himself available for a video deposition prior to the March 6, 2006 trial date.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion to Quash Subpoena and for Protective Order [220] is well-taken and should be, and hereby is, GRANTED.

SO ORDERED, this the 28th day of February, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE